**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR252** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RICARDO NAVARRETE-NAVARRETE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion for redaction (Filing No. 140).

IT IS ORDERED that the government's motion for redaction (Filing No. 140) is granted.

DATED this 26th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge