AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Ricardo Navarrete-Navarrete | ) | Case No: | 8:06CR252 |
| | ) | USM No: | 20934-047 |
| Date of Original Judgment: 05/31/2007 | ) | | |
| Date of Previous Amended Judgment: | ) | David R. Stickman | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/31/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  07/20/2015

*Judge's signature*

Effective Date:  11/02/2015

Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*   *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Ricardo Navarrete-Navarrete
CASE NUMBER: 8:06CR252
DISTRICT: District of Nebraska

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 36 | Amended Total Offense Level: 34 | |
| Criminal History Category: I | Criminal History Category: I | |
| Previous Guideline Range: 188 to 235 months | Amended Guideline Range: 151 to 188 months | |

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. ADDITIONAL COMMENTS**

The Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 177) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 178) is approved.